# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEROME MERAZ**  **PLAINTIFF**
**ADC #113295**

V.                NO. 2:25-cv-00095-BSM-ERE

**MICHELLE GRAY,** *et al.*[1]            **DEFENDANTS**

## ORDER

Defendants have moved to stay discovery until the Court resolves the pending motion to dismiss and also request entry of a protective order under Federal Rule of Civil Procedure 26(c) relieving Defendants of any obligation to respond to Mr. Meraz's outstanding discovery requests. *Doc. 15*. Although the Court will stay discovery at this time, Defendants' motion does not include a certification that they have conferred or attempted to confer with Mr. Meraz to resolve any discovery issues as required by the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 26(c)(1). Accordingly, although the Court will relieve Defendants burden of responding to Mr. Meraz's outstanding discovery requests at this time, the Court will not enter a protective order under Federal Rule of Civil Procedure 26(c).

IT IS THEREFORE ORDERED THAT:

---

[1] **The Clerk is instructed to update the docket sheet to reflect the full and correct names of Defendants – Michelle Gray, Christopher Pittillo, Kierra Hicks, and Rickea Price.** *Doc. 12.*

1. Defendants' motion (*Doc. 15*) is GRANTED, in part.

2. Discovery in this matter is now stayed until the Court rules on Defendants' pending motion to dismiss (*Doc. 12*).[2]

3. Defendants are currently relieved of their obligation to respond to Mr. Meraz's outstanding discovery requests.

4. If any of Mr. Meraz's claims remain after the Court rules on the pending motion to dismiss, the Court will set a new deadline for Defendants to respond to the outstanding discovery requests.

SO ORDERED 7 July 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] While the discovery stay is in effect, Mr. Meraz should not attempt to conduct any written discovery. The Court will lift the discovery stay when and if it becomes appropriate to do so.