IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEROME MERAZ**                                                                                    **PLAINTIFF**
*ADC #113295*

v.                              **CASE NO. 2:25-CV-00095-BSM**

**MICHELLE GRAY,** *et al.*                                                                **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 19] is adopted, defendants' motion to dismiss [Doc. No. 12] is granted, and Jerome Meraz's claims are dismissed without prejudice. In the future, this dismissal should be considered a "strike" for purposes of 28 U.S.C. section 1915(g), it is certified that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith, and the clerk is directed to close this case.

IT IS SO ORDERED this 22nd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE