IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEROME MERAZ** **PLAINTIFF**
*ADC #113295*

v.   CASE NO. 2:25-CV-00095-BSM

**MICHELLE GRAY,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE